# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00444-CV

## In re Rachel K. Vaughan

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus and the motion for expedited temporary relief are denied. *See* Tex. R. App. P. 52.8(a).

Thomas J. Baker, Justice

Before Chief Justice Rose, Justices Baker and Kelly

Filed: September 8, 2020